UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 16-30786-JNP |
| | Chapter: vchChapter |
| Stephanie L. Conover | Judge: Jerrold N. Poslusny Jr. |

## NOTICE OF PROPOSED ABANDONMENT

DOUGLAS S. STANGER, Trustee, in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

Clerk, US Bankruptcy court
401 Market Street
Camden, NJ 08102

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on January 31, 2017 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 4C. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of no Objection.

Description and value of property:

$270,000.00  10 Bayshore Road Cape May, NJ  08204

Liens on property:

$190,000.00  Nationstar Mortgage

Amount of Equity claimed as exempt:

$23,675.00

Objections must be served on, and requests for additional information directed to:

Name:           Douglas S. Stanger

Address:        646 Ocean Heights Avenue, Suite 103, Linwood, NJ 08221

Telephone No.   (609) 645-1881

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 16-30786-JNP
Stephanie L. Conover                                                Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Dec 19, 2016
                              Form ID: pdf905          Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2016.
db         +Stephanie L. Conover,    10 Bayshore Road,    Cape May, NJ 08204-5110
516473988  +Bank of America,    PO Box 15019,    Wilmington, DE 19886-5019
516473989  +Boscovs,    PO Box 15521,    Wilmington, DE 19850-5521
516473990  +Chase,    PO Box 1423,    Charlotte, NC 28201-1423
516473992  +Fein Such et al,    7 Century Drive,    Suite 201,    Parsippany, NJ 07054-4673
516473994   Nationstar Mortgage,    PO Box 199400,    Dallas, TX 75219
516473996  +State of NJ Student Assistant,    PO Box 538,    Trenton, NJ 08625-0538

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 19 2016 23:39:14      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 19 2016 23:39:12      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516473991      +E-mail/Text: mrdiscen@discover.com Dec 19 2016 23:38:26      Discover,    PO Box 71084,
                 Charlotte, NC 28272-1084
516473993      +E-mail/PDF: gecsedi@recoverycorp.com Dec 19 2016 23:40:52      Lowes,    PO Box 530914,
                 Atlanta, GA 30353-0914
516473995      +E-mail/PDF: gecsedi@recoverycorp.com Dec 19 2016 23:40:52      Sam's Club,    PO Box 981064,
                 El Paso, TX 79998-1064
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 16, 2016 at the address(es) listed below:
              Brian S. Thomas    on behalf of Debtor Stephanie L. Conover brian@brianthomaslaw.com
              Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Douglas S. Stanger    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
               nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,
               dss@trustesolutions.net
              Douglas S. Stanger    doug.stanger@flastergreenberg.com, nj02@ecfcbis.com,
               jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,dss@trustesolutions.net
                                                                                             TOTAL: 4