**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Stephanie L. Conover** | Social Security number or ITIN | **xxx–xx–1629** |
| | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **District of New Jersey**

Case number:  **16–30786–JNP**

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Stephanie L. Conover

2/10/17

**By the court:**  Jerrold N. Poslusny Jr.
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-30786-JNP
Stephanie L. Conover                                                     Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin              Page 1 of 1              Date Rcvd: Feb 10, 2017
                               Form ID: 318             Total Noticed: 12


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 12, 2017.
db              +Stephanie L. Conover,   10 Bayshore Road,   Cape May, NJ 08204-5110
516473990       +Chase,   PO Box 1423,   Charlotte, NC 28201-1423
516473992       +Fein Such et al,   7 Century Drive,   Suite 201,   Parsippany, NJ 07054-4673
516473994        Nationstar Mortgage,   PO Box 199400,   Dallas, TX 75219
516473996       +State of NJ Student Assistant,   PO Box 538,   Trenton, NJ 08625-0538

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Feb 11 2017 06:29:44     U.S. Attorney,   970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 11 2017 06:29:40     United States Trustee,
                  Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
516473988       +EDI: BANKAMER.COM Feb 11 2017 02:58:00     Bank of America,   PO Box 15019,
                  Wilmington, DE 19886-5019
516473989       +EDI: HFC.COM Feb 11 2017 02:58:00     Boscovs,   PO Box 15521,   Wilmington, DE 19850-5521
516473991       +EDI: DISCOVER.COM Feb 11 2017 02:58:00     Discover,   PO Box 71084,   Charlotte, NC 28272-1084
516473993       +EDI: RMSC.COM Feb 11 2017 02:58:00     Lowes,   PO Box 530914,   Atlanta, GA 30353-0914
516473995       +EDI: RMSC.COM Feb 11 2017 02:58:00     Sam's Club,   PO Box 981064,   El Paso, TX 79998-1064
                                                                                               TOTAL: 7


            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 10, 2017 at the address(es) listed below:
          Brian S. Thomas    on behalf of Debtor Stephanie L. Conover brian@brianthomaslaw.com
          Denise E. Carlon    on behalf of Creditor   NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Douglas S. Stanger    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
           nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,
           dss@trustesolutions.net
          Douglas S. Stanger    doug.stanger@flastergreenberg.com,   nj02@ecfcbis.com,
           jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,dss@trustesolutions.net
                                                                                               TOTAL: 4